[No. 10826–3–I. Division One. December 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. HARRY JEFFERSON VAUGHN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81–1–00202–6, Stuart C. French, J., entered October 5, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Swanson, J.

[No. 10847–6–I. Division One. December 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST LYNNWOOD SCOTT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–00946–4, Horton Smith, J., entered October 9, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Williams, J.

[No. 10863–8–I. Division One. December 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CLIFFORD R. LAW, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. 81–1–02035–2, 78096, David C. Hunter, J., entered September 23, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Corbett, JJ.